UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEITH BRYAN MADDOX-EL,

       Plaintiff,

Case No. 2:14-CV-181

v.

Hon. Gordon J. Quist

ROBERT HANSEN, et al.,

       Defendants.

_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 6, 2105. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendants' motion for summary judgment be denied. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed November 6, 2105 (dkt. #34) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (dkt. #17) is **DENIED**.

Dated: November 30, 2015                         /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE